IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03021-PAB-MEH

KATHLEEN ANN RUBANO,

    Plaintiff,

v.

DRAEGER MEDICAL, INC., a Pennsylvania corporation,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 30, 2013.**

    The Stipulated Motion for Protective Order [filed January 25, 2013; docket #14] is **granted**, and the proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.