IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03021-REB-MEH

KATHLEEN ANN RUBANO,

    Plaintiff,

v.

DRAEGER MEDICAL, INC., a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 11, 2013.**

    The Joint Motion to Vacate Early Neutral Evaluation Conference [filed March 6, 2013; docket #25] is **granted**. The Early Neutral Evaluation set in this case for March 15, 2013, is hereby **vacated**.