## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 12-cv-03021-REB-MEH

KATHLEEN ANN RUBANO,

    Plaintiff,

v.

DRAEGER MEDICAL, INC., a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#33][1] filed April 10, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice with each party to pay its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#33] filed April 10, 2013, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set February 7, 2014, are **VACATED**;

3. That the jury trial set to commence February 24, 2014, is **VACATED**; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 10, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge